UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JULIA L. CRUZ | § |
| | §    CIVIL ACTION NO.  4:21-cv-1170 |
| v. | §    (Jury Trial Demanded) |
| | § |
| DOLGENCORP OF TEXAS, INC. | § |

**DEFENDANT'S NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS:

DEFENDANT DOLGENCORP OF TEXAS, INC. files this, its Notice of Removal of a state-court action, pursuant to 28 U.S.C. §§1441(a), 1446(a), and would respectfully show the Court the following:

**I. INTRODUCTION**

1.  Plaintiff Julia L. Cruz ("Plaintiff") filed her Original Petition to commence this civil action in the 240th Judicial District Court of Fort Bend County, Texas styled *Julia L. Cruz v. Dolgencorp of Texas, Inc.,* Cause No. 21-DCV-281193, on March 1, 2021.

2.  Defendant Dolgencorp of Texas, Inc. ("Defendant") was served with Plaintiff's Original Petition on March 10, 2021. Defendant Dolgencorp of Texas, Inc. timely files this notice of removal within the 30-day time period required by and pursuant to 28 U.S.C. §1446(b)(1).

**II. BASIS FOR REMOVAL**

3.  Removal is proper because there is complete diversity between the parties, as detailed hereinabove, and the amount in controversy exceeds $75,000.00.

4.  At the time the state-court action was commenced and as of the date of this notice, Defendant Dolgencorp of Texas, Inc. is and was a corporation organized, formed, and

incorporated in and under the laws of the State of Kentucky, having its principal offices in the State of Tennessee. The Plaintiff, Julia L. Cruz, is a citizen of the State of Texas.

5.  In Texas, all original pleadings that set forth a claim for relief must contain a specific statement of the relief the party seeks, pursuant to Texas Rules of Civil Procedure 47(c). In Plaintiff's Original Petition, Plaintiff claims damages totaling not in excess of $250,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney's fees and judgment for all other relief to which Plaintiff is justly entitled. The district court must first examine the petition to determine whether it is "facially apparent" that the claims exceed $75,000. *Findley v. Allied Fin. Adjusters Conf., Inc.*, No. H-15-2699, 2015 WL 7738077, at *4–5 (S.D. Tex. Dec. 1, 2015) (citing Tex. R. Civ. P. 47; *Allen v. R & H Oil & Gas Co.*, 63 F.3d 1326, 1335 (5th Cir. 1995) and quoting *St. Paul Reinsurance Co. v. Greenberg*, 134 F.3d 1250, 1253 (5th Cir. 1998)). However, when "it is not facially apparent that the value of [a plaintiff's] claims exceeds the jurisdictional amount, the court turns to evidence submitted by the parties to ascertain the amount in controversy." *Id*. at *3.

6.  Plaintiff alleges that as a direct and proximate result of Defendant's actions, she now seeks to recover damages relating to:

    a. Past and future physical pain and mental anguish;

    b. Past and future physical impairment;

    c. Past and future medical expenses;

    d. Pre-judgment and post-judgment interest;

    e. Past lost wages; and

    f. Future loss of earning capacity.

7.      Further, the only way Plaintiff can defeat diversity jurisdiction is by filing a binding stipulation with her petition stating that she will not accept a sum of damages exceeding $75,000. *Gates Gates v. Allstate Texas Lloyd's*, 267 F. Supp.3d 861 (W.D. Tex. 2016) (*citing De Aguilar v. Boeing Co.*, 47 F.3d 1404, 142 (5th Cir. 1995).

8.      There are no other defendants in this case that would require consent to removal. 28 U.S.C. §1446(b)(2)(A).

9.      A copy of all process, pleadings, and orders served upon Defendant in the state-court action are attached hereto as "Exhibit A," as required by 28 U.S.C. §1446(a) and Local Rule 81.

10.     Venue is proper in this district court because this district and division encompass the place in which the state-court action is pending.

### III. JURY DEMAND

11.     Defendant has made a jury demand in the state-court action; therefore, Defendant is not required to renew its demand. Fed. R. Civ. P. 81(c)(3)(A).

### PRAYER

        WHEREFORE, Defendant DOLGENCORP OF TEXAS, INC. respectfully requests that this action proceed in this District Court as an action properly removed to it, and for such other and further relief to which it may be justly entitled.

Respectfully submitted,

**LUCERO | WOLLAM, P.L.L.C.**

_____
GINA A. LUCERO
State Bar No.: 00791144
Federal Bar No.: 19949
**Attorney-In-Charge**
STEFAN A. GINNARD
State Bar No.: 24086440
Federal Bar No.: 2895693
1776 Yorktown, Suite 100
Houston, Texas 77056
Telephone: (713) 225-3400
Facsimile: (713) 225-3300
Email: glucero@lucerowollam.com
Email: sginnard@lucerowollam.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 9th day of April, 2021, the foregoing instrument was electronically filed the foregoing instrument with the Clerk of Court using the Court's CM/ECF system. Pursuant to Federal Rules of Civil Procedure 5(b)(2)(E) and 5(b)(3), and the Court's Electronic Filing Procedures, Section 15(c), the following counsel of record shall be served with a true and correct copy of this instrument by operation of the Court's CM/ECF system:

*Via Electronic Service:*
Law Office of Jim Alan Adams
Jim Alan Adams
304 Jackson Street
Richmond, Texas 77469

_____
GINA A. LUCERO

4

## "EXHIBIT A"
## INDEX OF MATTERS BEING FILED

1) <u>ALL EXECUTED PROCESS</u>

   i. No Returns of Citation were filed.

2) <u>ALL PLEADINGS AND ANSWERS TO PLEADINGS</u>

   i. Plaintiff's Original Petition
   ii. Defendant Dolgencorp of Texas, Inc.'s Original Answer and Jury Demand

3) <u>ALL ORDERS SIGNED BY THE STATE JUDGE</u>

   i. No orders were entered.

4) <u>STATE COURT DOCKET SHEET</u>

5) <u>LIST OF ALL COUNSEL OF RECORD, INCLUDING ADDRESSES, TELEPHONE NUMBERS AND PARTIES REPRESENTED</u>

   **ATTORNEY FOR PLAINTIFF**
   JIM ALAN ADAMS
   State Bar No.: 00844600
   304 Jackson Street
   Richmond, Texas 77469
   Telephone: (281) 341-0530
   Facsimile: (281) 342-4275
   Email: jadamsatty@msn.com

   **ATTORNEYS FOR DEFENDANT**
   GINA A. LUCERO
   State Bar No.: 00791144
   Federal Bar No.: 19949
   **Attorney-In-Charge**
   STEFAN A. GINNARD
   State Bar No.: 24086440
   Federal Bar No.: 2895693
   1776 Yorktown, Suite 100
   Houston, Texas 77056
   Telephone: (713) 225-3400
   Facsimile: (713) 225-3300
   Email: glucero@lucerowollam.com
   Email: sginnard@lucerowollam.com