COPY

Filed
3/1/2021 12:25 PM
Beverley McGrew Walker
District Clerk
Fort Bend County, Texas
Katherine Cavazos

No. 21-DCV-281193

| | | |
|---|---|---|
| JULIA L. CRUZ | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | FORT BEND COUNTY, TEXAS |
| | § | Fort Bend County - 240th Judicial District Court |
| DOLGENCORP OF TEXAS, INC. | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, JULIA L. CRUZ, hereinafter referred to as Plaintiff, complaining of DOLGENCORP OF TEXAS, INC., hereinafter referred to as Defendant, and for cause of action would show unto the Court as follows:

I.

Plaintiff will conduct discovery under Level 1.

II.

Plaintiff resides at 6114 Chaparral Drive, Needville, Fort Bend County, Texas 77461. The last three digits of the social security number of JULIA L. CRUZ are 976 and the last three digits of the driver's license of JULIA L. CRUZ are 898.

Defendant, DOLGENCORP OF TEXAS, INC., is a foreign for-profit corporation doing business in the State of Texas as DOLLAR GENERAL. Process should be served on Defendant, DOLGENCORP OF TEXAS, INC., whose address is 100 Mission Ridge, Goodlettsville, Tennessee 37072 USA, by serving its registered agent for service, Corporation

1.

Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 East Seventh Street, Suite 620, Austin, Travis County, Texas 78701-3218 USA or wherever said agent may be found.

### III.

Plaintiff, JULIA L. CRUZ, affirmatively pleads that she is seeking damages not in excess of Two Hundred Fifty Thousand ($250,000.00) Dollars.

### IV.

Venue is proper in this district court because this district and division encompass the place in which the incident the basis of this suit occurred, being the premises located at DOLLAR GENERAL, 13015 Highway 36, Needville, Fort Bend County, Texas 77461.

### V.

Plaintiff, JULIA L. CRUZ, at all times was on the premises located at 13015 Highway 36, Needville, Fort Bend County, Texas 77461, known as DOLLAR GENERAL as an invitee of the Defendant, DOLGENCORP OF TEXAS, INC., for mutual benefit of Plaintiff and Defendant. Defendant extended an open invitation to the public, including the Plaintiff, to enter the premises. Therefore, the Defendant owed Plaintiff a duty to exercise ordinary care to keep the premises in reasonably safe condition, inspect the premises to

discover latent defects, and to make safe any defects or give an adequate warning of any dangers.

VI.

On or about April 17, 2019, Plaintiff, JULIA L. CRUZ, came upon the premises of DOLLAR GENERAL, 13015 Highway 36, Needville, Fort Bend County, Texas 77461, occupied and maintained by the Defendant. After shopping, Plaintiff, who was carrying her purchases, was watching toward her vehicle in the parking lot and fell when she exited the DOLLAR GENERAL store building going toward her vehicle injuring herself.

VII.

The incident in question, injuries suffered by Plaintiff, resulted from the negligence of the Defendant and that of its agents, servants, and employees, acting within the scope of their employment in one or more of the following particulars:

1. Failing to keep its property safe for the public;

2. Failing to warn of dangers on the property;

3. Failing to maintain the area in question to make sure its patrons would not fall and injure themselves; and

4. Failing to warn Plaintiff that the area in question was not safe.

In this connection, while on the Defendant's premises, Plaintiff, JULIA L. CRUZ, suffered serious bodily injuries as a

direct result of a fall proximately caused by the dangerous condition of Defendant's premises, which Defendant, its agents, servants, and employees knew or, in the exercise of ordinary care, should have known existed.

Each of the foregoing acts and omissions, singularly or in combination with others, was the proximate cause of the incident in question and the injuries and damages suffered by the Plaintiff.

VIII.

In the incident made the basis of this suit and as a proximate result of Defendant's negligence, Plaintiff, JULIA L. CRUZ, sustained serious and disabling bodily injuries, the full extent of which are unknown at this time. By reason of her injuries, Plaintiff sustained all of the legal elements recognized by law of physical pain and mental anguish, physical impairment, and reasonable and necessary medical bills and expenses, and will in all reasonable probability continue to sustain such legal elements of damages in the future beyond the date of trial. Further, Plaintiff asks for pre-judgment interest at the applicable rate at the time of trial in this cause.

In addition, Plaintiff has lost wages in the past and has sustained a loss of earning capacity in the future.

In the event that there are any pre-existing conditions, Plaintiff would show that these were asymptomatic until the time of the incident and then were rendered symptomatic, painful and aggravated, excited and/or accelerated by the incident in question.

IX.

By reason of the foregoing injuries and damages, Plaintiff has sustained damages in a sum not in excess of Two Hundred Fifty Thousand ($250,000.00) Dollars.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, JULIA L. CRUZ, requests that Defendant, DOLGENCORP OF TEXAS, INC., be cited in terms of law to appear and answer herein, that on final trial, Plaintiff have:

1. Judgment against Defendant in a sum not in excess of Two Hundred Fifty Thousand ($250,000.00) Dollars which is in the jurisdictional limits of this Court which includes prejudgment interests and costs of court;

2. Postjudgment interest as provided by law; and

3. Such other and further relief, general and special, legal and equitable, to which Plaintiff may show herself justly entitled and for which she forever prays.

Respectfully submitted,

LAW OFFICE OF JIM ALAN ADAMS

*/s/ Jim Alan Adams*

JIM ALAN ADAMS
Attorney for Plaintiff,

5.

JULIA L. CRUZ
State Bar No. 00844600
304 Jackson Street
Richmond, Texas 77469
Phone: 281 341 0530
Fax: 281 342 4275
E-mail: jadamsatty@msn.com

6.